William P. Donovan, Jr. (155881)
wdonovan@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

Attorneys for Defendant Zynga Inc.

(*Additional Signatures Below*)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| CHERYLL DOUGHERTY, DELIA CAMARGO, and LAWRENCE GARCIA, individually, as private attorneys general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZYNGA, INC.<br><br>Defendant. | Case No. 3:25-cv-04051-SI<br><br>**DEFENDANT ZYNGA, INC.'S STATEMENT OF RECENT DECISION** |

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Civil Local rule 7-3(d)(2), Defendant Zynga, Inc. ("Zynga") respectfully submits a recent decision in support of its Motion to Compel Arbitration or, Alternatively, Transfer Venue (ECF No. 37) (the "Motion"). Specifically, Zynga submits this statement to bring to this Honorable Court's attention *Franks v. SidePrize LLC*, No. 25-cv-04916-CRB, 2025 WL 3760381 (N.D. Cal. Dec. 29, 2025), a decision on a similar motion to transfer venue addressing both the CLRA's waiver provision and California public policy considerations with respect to choice of law. Zynga respectfully submits that Judge Breyer's order granting the defendant's motion to transfer venue is relevant to Zynga's Motion and the issues recently raised by Plaintiffs Cheryl Dougherty, Delia Camargo, and Lawrence Garcia in their Supplemental Memorandum of Points and Authorities in Opposition to Defendant's Motion to Transfer Venue (ECF No. 50). A copy of the order is attached hereto as Exhibit A.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Andrew B. Kratenstein*

Andrew B. Kratenstein (*pro hac vice*)
Chris Combs (*pro hac vice*)
McDERMOTT WILL & SCHULTE LLP
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
akratenstein@mwe.com
ccombs@mwe.com

William P. Donovan, Jr. (SBN 155881)
McDERMOTT WILL & SCHULTE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Tel: (310) 277-4111
wdonovan@mwe.com

Emilie E. O'Toole (*pro hac vice*)
McDERMOTT WILL & SCHULTE LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone: (312) 372-2000
eotoole@mwe.com

*Counsel for Defendant Zynga, Inc.*